**Order entered November 17, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01052-CR

**DRESEYON ISIAH OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-41487**

### ORDER

Before the Court is the November 14, 2022 request of court reporter Melissa Maxwell for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 12, 2022**.

　　　　　　　　　　　　/s/　　LANA MYERS
　　　　　　　　　　　　　　　JUSTICE